SCOTT, Respondent, v. TWOMBLEY et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 19, 1897.) Action by William M. Scott against Charles E. Twombley and others. No opinion. Motion for leave to appeal to the court of appeals denied. See 46 N. Y. Supp. 1084.

SHANNON, Appellant, v. NEW YORK CENT. & H. R. R. Co., Respondent. (Supreme Court, Appellate Division, Third Department. May 5, 1897.) Action by Catherine Shannon, as administratrix, etc., against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order affirmed, with costs.

SHEPARD, Respondent, v. SHEPARD, Appellant. (Supreme Court, Appellate Division, Second Department. October 12, 1897.) Action by Lola Shepard against George E. Shepard. No opinion. Order modified so as to make the counsel fee $125, and the alimony $20 per week, and as so modified affirmed, without costs.

SHERWOOD et al. v. THOUSAND ISLAND HOTEL CO. et al. FARMERS' LOAN & TRUST CO. v. SAME. (Supreme Court, Appellate Division, Fourth Department. October 15, 1897.) Actions by Joseph B. Sherwood and another and the Farmers' Loan & Trust Company, as trustee, against the Thousand Island Hotel Company and others. No opinion. Order affirmed, with $10 costs and disbursements. All concur except FOLLETT, J., who dissents.

SHIMAN, Respondent, v. GOLDBURG, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 15, 1897.) Action by Moses Shiman against Meyer Goldburg. No opinion. So much of the order as is appealed from affirmed, with $10 costs and disbursements.

SHORE, Respondent, v. BROOKLYN EL. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 29, 1897.) Action by Ellen Shore against the Brooklyn Elevated Railroad Company. No opinion. Judgment and order reversed, and new trial granted, costs to abide the event, unless plaintiff stipulates, within 20 days, to reduce the recovery of damages to $1,650, and extra allowance proportionately. In that event the judgment will be so modified, and as modified unanimously affirmed, without costs of this appeal to either party.

SHORTWELL, Appellant, v. BROWN et al., Respondents. (Supreme Court, Appellate Division, Third Department. May 18, 1897. Action by Samuel H. Shortwell against Byron D. Brown and others. No opinion. Order affirmed, with $10 costs and disbursements.

SIMMONS et al., Respondents, v. OCEAN CAUSEWAY OF LAWRENCE, LONG ISLAND, Appellant. (Supreme Court, Appellate Division, Second Department. October 29, 1897.) Action by James A. Simmons and others against the Ocean Causeway of Lawrence, Long Island. No opinion. Order heretofore made by this court modified by inserting after the provision that plaintiffs stipulate to deduct from the recovery of damages $572.40, "and also extra allowance proportionately." Motion for reargument denied. All concur. See 47 N. Y. Supp. 360.

SIMMONS, Respondent, v. PETERS, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 15, 1897.) Action by Sarah M. Simmons against Catherine A. Peters. No opinion. Motion for leave to appeal to the court of appeals denied. See 46 N. Y. Supp. 800.

SIMMS, Respondent, v. CALCAGNINO, Appellant. (City Court of New York, General Term. October 26, 1897.) Action by William G. Simms, Jr., against Francisco Calcagnino. A. & C. Steckler, for appellant. Mandelbaum Bros., for respondent.

SCHUCHMAN, J. This is an appeal from a judgment entered on the verdict of a jury, and from an order denying a motion for a new trial. We have carefully examined the testimony and rulings in this case, and are of the opinion that the plaintiff should recover the amount claimed by him on March 15, 1897, as appears by the defendant's Exhibit 2, of $538.22, with interest. If the plaintiff consents to reduce the verdict to that amount within five days from the entry of the order on this appeal, the judgment and order appealed from will be affirmed, with costs; otherwise we think that justice requires that the judgment and order appealed from should be reversed, and a new trial granted, with costs to abide the event. FITZSIMONS, J., concurs.

SLOCUM, Respondent, v. HEALY et ux., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 15, 1897.) Action by Pheeb Slocum, as executrix, etc., against Edward Healy and Sarah H. Healy, his wife. No opinion. Judgment affirmed, with costs.

SMITH v. A. D. FARMER TYPE CO. (Supreme Court, Appellate Division, First Department. May 21, 1897.) Action by Charles Smith, as executor, against the A. D. Farmer Type Company. No opinion. Motion denied, with $10 costs. See 45 N. Y. Supp. 192.

SMITH, Appellant, v. EMPIRE TRANSP. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. October 15, 1897.) Action by Hannah Smith, as administratrix, etc., against the Empire Transportation Company. No opinion. Motion for leave to appeal to the court of appeals denied. See 46 N. Y. Supp. 1101.